**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MARGARET CREMEANS,
CONNIE J. HOOKER CAREY and
RITA NORDHOFF,

                Plaintiffs,

v.                                    CIVIL  ACTION  NO.  3:03-0064

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

                Defendant.

**ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Defendant's motion for summary judgment be granted and this action be dismissed.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's motion for summary judgment and **DISMISSES** this action, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge

Taylor, counsel of record, and any unrepresented parties.

ENTER:        June 12, 2007

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE